43 A.3d 444

IN THE MATTER OF ATHAN M. MERGUS, AN ATTORNEY
AT LAW (ATTORNEY NO. 017271991).

May 30, 2012.

## ORDER

The matter having been duly presented to the Court pursuant to *Rule* 1:20–10(b), on the granting by the Disciplinary Review Board of a motion for discipline by consent (DRB 11–149) in respect of **ATHAN M. MERGUS** of **RIDGEFIELD,** who was admitted to the bar of this State in 1991;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.2(a) (failure to abide by client's decisions concerning the scope and objectives of the representation), *RPC* 1.15(a) (failure to safeguard and commingling of funds), *RPC* 1.15(d) (failure to comply with recordkeeping requirements), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And the parties having agreed that respondent's conduct violated *RPC* 1.2(a), *RPC* 1.15(a), *RPC* 1.15(d), and *RPC* 8.4(c) and that said conduct warrants a reprimand or lesser discipline;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's ethics violations and having granted the motion for discipline by consent in District Docket Nos. XIV–2009–0209E and XIV–2009–0642E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **ATHAN M. MERGUS** is hereby reprimanded;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20-17.